FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2013 OCT 30  PM 3:36

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

2:13-cr-148-FtM-29DnF

v.

CASE NO. 2:13-
18 U.S.C. § 472
18 U.S.C. § 2

ALLEAN LOCKWOOD PRUITT

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about June 6, 2013, in Lee County, Florida, in the Middle District of Florida and elsewhere,

ALLEAN LOCKWOOD PRUITT,

the defendant herein, did knowingly and with intent to defraud, possess falsely made, forged, and counterfeited Federal Reserve Notes, which the defendant knew to be falsely made, forged, and counterfeited.

All in violation of Title 18, United States Code, Sections 472 and 2.

### COUNT TWO

On or about June 5, 2013, in Lee County, Florida, in the Middle District of Florida and elsewhere,

ALLEAN LOCKWOOD PRUITT,

the defendant herein, with intent to defraud, did knowingly and unlawfully pass,

utter, publish, and sell, and attempt to pass, utter, publish, and sell, any falsely made, forged, and counterfeited obligation and other security of the United States, that is $20 Federal Reserve Note, which she then knew to be falsely made, forged, and counterfeited to an employee of the Wal-Mart Store located at 4770 Colonial Boulevard, Fort Myers, Florida.

All in violation of Title 18, United States Code, Sections 472 and 2.

## COUNT THREE

On or about June 6, 2013, in Lee County, Florida, in the Middle District of Florida and elsewhere,

### ALLEAN LOCKWOOD PRUITT,

the defendant herein, with intent to defraud, did knowingly and unlawfully pass, utter, publish, and sell, and attempt to pass, utter, publish, and sell, any falsely made, forged, and counterfeited obligation and other security of the United States, that is $20 Federal Reserve Note, which she then knew to be falsely made, forged, and counterfeited to an employee of the Wal-Mart Store located at 4770 Colonial Boulevard, Fort Myers, Florida.

All in violation of Title 18, United States Code, Sections 472 and 2.

## FORFEITURES

1. The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Sections 982(a)(2)(B) and 492 and Title 28, United

States Code, Section 2461(c).

2. The defendant, Allean Lockwood Pruitt, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any and all right, title, and interest she has in any property constituting, or derived from, proceeds the person obtained directly or indirectly as a result of violations of Title 18, United States Code, Sections 471 and 472, and pursuant to Title 18, United States Code, Section 492 and Title 28, United States Code, Section 2461(c) all counterfeits of any coins or obligations or other securities of the United States or of any foreign government, or any articles, devices, and other things made, possessed or used in violation of this chapter, or any material or apparatus used or fitted or intended to be used, in the making of such counterfeits, articles, devices or things, found in the possession of any person without authority from the Secretary of the Treasury or other proper officer.

3. If any of the property described above, as a result of any act or omission of the defendant:
    a. Cannot be located upon the exercise of due diligence;
    b. Has been transferred or sold to, or deposited with, a third party;
    c. Has been placed beyond the jurisdiction of the court;
    d. Has been substantially diminished in value; or
    e. Has been commingled with other property which cannot be divided

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL,

10-30-13
Date

_____
Foreperson

A. LEE BENTLEY, III
Acting United States Attorney

By: _____
Yolande G. Viacava
Assistant United States Attorney

By: _____
David G. Lazarus
Assistant United States Attorney
Asset Forfeiture

By: _____
Nicole H. Waid
Assistant United States Attorney
Chief, Fort Myers Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

ALLEAN LOCKWOOD PRUITT

## INDICTMENT

Violations:

18 U.S.C. § 472
18 U.S.C. § 2

A true bill,

*Dorothy Joiner*
Foreperson

Filed in open court this 30th day

of October, 2013.

_____
Clerk

Bail   $_____

GPO 863 525

Indictment Back.doc.